

# Fourth Court of Appeals
## San Antonio, Texas

November 17, 2017

No. 04-17-00106-CV

Richard **TAYLOR,**
Appellant

v.

**CPS ENERGY,**
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-18094
Honorable Michael E. Mery, Judge Presiding

# O R D E R

This appeal was submitted on briefs on October 25, 2017. On November 13, 2017, the parties filed a joint motion to abate this appeal. The motion states the parties have reached an initial agreement that will dispose of this appeal in its entirety, and they move this court to abate the appeal for thirty days for them to finalize their agreement.

The parties' joint motion to abate this appeal is GRANTED. We ABATE this appeal until December 13, 2017. We ORDER Appellant to file in this court not later than December 13, 2017, (1) a motion to dismiss the appeal or (2) a motion to reinstate the appeal on the court's docket so the appeal may proceed.

All other appellate deadlines are SUSPENDED pending further order of this court.

PER CURIAM

It is so **ORDERED** on this 17th day of November, 2017.

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court